UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| NATHANIEL S. MARLOW, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:21-CV-156-CEA-DCP |
| UNITED STATES MARSHAL SERVICE, | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion and order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

/s/ *LeAnna R. Wilson*
**LEANNA R. WILSON**
**CLERK OF COURT**